No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Possession of wine for the purpose of sale in a dry area is the offense; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving while intoxicated, and his punishment was assessed at a fine of $100.

The complaint and information, as well as all matters of procedure, appear regular. The record is before use without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.

### HAY v. STATE.

No. 26819.

Court of Criminal Appeals of Texas.

Feb. 3, 1954.

### SOWELL v. STATE.

No. 26820.

Court of Criminal Appeals of Texas.

Feb. 3, 1954.

